99 A.3d 534

**Johnathan ROBINS, Petitioner**

**v.**

**Philadelphia County Court Judge The Honorable Charles J. CUNNINGHAM III, Respondent.**

**No. 100 EM 2014.**

Supreme Court of Pennsylvania.

Sept. 12, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of September, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.